**Electronically Filed
Supreme Court
SCWC-20-0000066
01-APR-2025
11:49 AM
Dkt. 14 ODAC**

SCWC-20-0000066

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FUCHE CORPORATION INC., dba C & J BBQ & RAMEN,
Respondent/Plaintiff-Appellant,

vs.

BILL HIN BI LEUNG and NOGUCHI & ASSOCIATES, INC.,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000066; CASE NO. 1CC111000280)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners' Application for Writ of Certiorari, filed

on February 3, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 1, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

